```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,
11                   Plaintiff,
12           v.                          CR. NO. S-08-566 LKK
13   RANDALL LEE RAHAL,
14                   Defendant.
15   _____/
     UNITED STATES OF AMERICA,
16
                     Plaintiff,
17
             v.                          CR. NO. S-09-035 LKK
18
     ROBERT WATSON,
19
                     Defendant.
20   _____/
     UNITED STATES OF AMERICA,
21
                     Plaintiff,
22
             v.                          CR. NO. S-09-040 LKK
23
     JAMES RICHARD WAHL, JR.,
24
                     Defendant.
25   _____/
26   ////
```

```
 1  UNITED STATES OF AMERICA,
 2                Plaintiff,
 3       v.                          CR. NO. S-09-062 LKK
 4  JENNIFER LOU DAHLMAN,
 5                Defendant.         NON-RELATED CASE ORDER
 6  _____/
```

The court is in receipt of the notice of related cases filed on February 18, 2009, in which a defendant in Four In One Company, Inc. v. SK Foods, et al., Case No. 2:08-cv-3017-MCE-EFB, states that the above-captioned cases are related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH, and Case No. 09-cv-00240. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED: February 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT